**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MANDY MITLYNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action :  0:16-cv-03492 (DSD/SER) |
| v. | ) | |
| | ) | **DEFENDANT BAYER** |
| BAYER PHARMA AG, BAYER | ) | **HEALTHCARE** |
| HEALTHCARE PHARMACEUTICALS | ) | **PHARMACEUTICALS INC.'S** |
| INC., AND BAYER OY, | ) | **AMENDED CORPORATE** |
| | ) | **DISCLOSURE STATEMENT** |
| Defendants. | ) | **PURSUANT TO** |
| | ) | **FED. R. CIV. P. 7.1** |

Defendant Bayer HealthCare Pharmaceuticals Inc. provides its amended Rule 7.1 of the Federal Rules of Civil Procedure corporate disclosure statement as follows:

1.      Bayer HealthCare Pharmaceuticals Inc. is a Delaware corporation, all of whose issued and outstanding shares of common stock and Junior Preferred Stock are owned by Schering Berlin Inc.

2.      Schering Berlin Inc. is a Delaware corporation and is wholly-owned by Bayer HealthCare Holdings LLC.

3.      Bayer HealthCare Holdings LLC is a Delaware limited liability company. The sole member of Bayer HealthCare Holdings LLC is Bayer Corporation, and as such, Bayer HealthCare Holdings LLC is wholly-owned by Bayer Corporation.

4.      Bayer Corporation is an Indiana corporation and is wholly-owned by Bayer US Holding LP.

5.      Bayer US Holding LP is a Delaware limited partnership, in which Bayer World Investments B.V. is the sole and controlling General Partner, and Bayer Solution B.V. is the sole Limited Partner.

27922486.1

6.      Bayer Solution B.V. is a private company with limited liability incorporated under the laws of the Netherlands and is wholly-owned by Bayer World Investments B.V.

7.      Bayer World Investments B.V. is a private company with limited liability incorporated under the laws of the Netherlands and is wholly-owned by Bayer AG.

8.      Bayer AG is a German corporation whose stock is publicly traded in Germany.

9.      Bayer AG has no parent and no publicly held company owns 10 percent or more of its stock.

Dated:  January 30, 2017                    Respectfully submitted,

*S/ Andre Hanson*
Ronn B. Kreps (#0151142)
ronn.kreps@nortonrosefulbright.com
Andre Hanson (#0258234)
andre.hanson@nortonrosefulbright.com
Norton Rose Fulbright US LLP
3100 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 321-2800
Fax: (612) 321-2288

*Attorneys for Bayer HealthCare*
*Pharmaceuticals Inc.*

27922486.1

2